IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 1:17-cv-530 (LMB/IDD) |
| v. | ) |
| GEORGE FORBES, | ) |
| Defendant. | ) |

## MOTION FOR DEFAULT JUDGMENT
## AGAINST GEORGE FORBES

The United States of America, Plaintiff, pursuant to Fed. R. Civ. P. 55(b), hereby requests that the Court enter a default judgment that adjudicates and decrees that the Defendant, George Forbes, having failed to answer or otherwise defend against this action despite being properly served with a copy of the summons and complaint, is indebted to the United States in the amount of $1,874,391.38 as of July 14, 2017, plus interest that has accrued and will continue to accrue by statute until paid.  *See* Fed. R. Civ. P. 55; Doc. No. 10.  The Clerk of Court entered default against George Forbes on June 28, 2017.  The United States attaches a memorandum of law, a proposed order, and a proposed default judgment in support of this motion.

//

//

1

WHEREFORE, the United States requests that the Court enter a default judgment that decrees that the George Forbes is indebted to the United States in the amount of $1,874,391.38 as of July 21, 2017, plus interest that has since accrued and will continue to accrue by statute until paid.

Dated: July 21, 2017

    DANA J. BOENTE
United States Attorney

*/s/Robert Coulter*
Robert Coulter
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: 703-299-3777
Fax: 703-299-3983
Gerard.Mene@usdoj.gov

DAVID A. HUBBERT
Principal Deputy Assistant Attorney General

*/s/ Kieran O. Carter*
KIERAN O. CARTER
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Phone: 202-616-3342
Fax: 202-514-6866
Kieran.O.Carter@usdoj.gov

# **CERTIFICATE OF SERVICE**

      I certify that on July 21, 2017, the foregoing *Motion for Default Judgment*, *Memorandum of Law Supporting Motion for Default Judgment*, *Roseboro Notice, Proposed Judgment,* and *Proposed Order* were filed with the Court using the CM/ECF system and served via first-class mail on:

*George Forbes*
2653 Glengyle Dr.
Vienna, VA 22181

                                            */s/ Kieran O. Carter*
                                            KIERAN O. CARTER
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice