IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. 1:17cv530 |
| | ) | |
| George Forbes | ) | |
| | ) | |
| Defendant | ) | |

## DEFAULT JUDGMENT

     A default having been entered against the defendant George Forbes and counsel for the plaintiff United States of America having requested judgment against the defaulted defendant George Frobes and having filed a proper declaration, all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

     ORDERED and ADJUDGED that the plaintiff United States of America recover of the defendant George Forbes the sum of $1,657,812.23.

Dated at Alexandria, Virginia, this 2nd day of October, 2017.

                                          FERNANDO GALINDO
                                          CLERK OF COURT

                                          BY: _____/S/_____
                                                Kathy Lau
                                                Deputy Clerk